■ JOSEPH BZDUCH, Appellant, v BOVIS CONSTRUCTION COMPANY et al., Respondents, et al., Defendant. [817 NYS2d 573]— Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), dated October 17, 2005 in a personal injury action. The order, among other things, denied plaintiff's motion for partial summary judgment on the issue of liability pursuant to Labor Law § 240 (1).

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Kehoe, J.P., Gorski, Martoche, Pine and Hayes, JJ.

■ LINDA ROGERS, Appellant, v ZURICH LIFE INSURANCE COMPANY OF NEW YORK, Respondent. [817 NYS2d 573]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered January 25, 2006 in a breach of contract action. The order, insofar as appealed from, upon reargument, adhered to the court's prior decision compelling plaintiff to respond to defendant's document demands and interrogatories.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Kehoe, J.P., Gorski, Martoche, Pine and Hayes, JJ.